1

2 STEVEN J. TUCKER

3 Spokane County Prosecuting Attorney
ROBERT B. BINGER

4 Deputy Prosecuting Attorney
Spokane County Prosecuting Attorney's Office

5 W. 1115 Broadway, 2nd Floor
Spokane, Washington 99260

6 (509) 477-5764

7

8 Attorneys for Defendants

9 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

10

11 MICHAEL SCOTT MACLAY, a single )
person,                        )        No.
                               )
12          Plaintiff,          )
                               )
13 v.                           )
                               )       **NOTICE OF REMOVAL TO**
14 SPOKANE COUNTY; SPOKANE       )       **FEDERAL COURT**
COUNTY SHERIFF'S DEPARTMENT,    )
15 SHERIFF OZZIE KNEZOVICH,       )       **(CLERK'S ACTION REQUIRED)**
BRENDA NELSON, DEPUTY J. COOK,  )
16 SPOKANE COUNTY JAIL, JOHN      )
DOE(S)                          )
17                               )
                               )
18          Defendants.         )

19 TO:    THE CLERK OF THE ABOVE-ENTITLED COURT;

20 TO:    MICHAEL SCOTT MACLAY, Plaintiff; and
TO:    DOUGLAS D. PHELPS

21

22        PLEASE TAKE NOTICE that Defendants hereby request that the

23 United States District Court for the Eastern District of Washington assume

24

NOTICE OF REMOVAL TO
FEDERAL COURT
Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

jurisdiction over the suit filed by the Plaintiff Michael Scott Maclay under

Spokane County Superior Court Cause No. 14-2-00883-4.  The Complaint

for Violation of Civil Rights was filed on March 14, 2014.  Plaintiff Michael

Scott Maclay complaint alleges federal causes of action.    Specifically,

Michael Scott Maclay brings the action pursuant to 42 U.S.C. § 1983 and

alleges violation of the 8th Amendment of the Constitution of the United

States.  All defendants agree to removal of this action to federal court. Thus,

this suit is subject to removal pursuant to 28 U.S.C. § 1441.  A true and

correct copy of the Summons and Complaint are attached, along with copies

of the remainder of pleadings on file with the Spokane County Superior

Court (Attachment "A").

DATED this 8th day of April, 2014.

STEVEN J. TUCKER
Spokane County Prosecuting Attorney


_____ s/ Robert B. Binger_____
ROBERT B. BINGER, WSBA# 10774
Attorney for Defendant Spokane County
Spokane County Prosecuting Atty's Office
W. 1115 Broadway Avenue
Spokane, WA  99260
Telephone:  (509) 477-5764
Fax: (509) 477-3672
Email:  rbinger@spokanecounty.org

1

2

## **PROOF OF SERVICE**

3

On the 8th day of April, 2014, I caused to be served a true and correct

4

copy of the foregoing document by the method indicated below, and addressed

5

to the following:

6

7    Douglas D. Phelps, Esq.                 ___   Personal Service
     Phelps & Associates, P.S.               ___   U.S. Mail

8    2903 N. Stout Road                      _x_   Hand-Delivered
     Spokane, Washington  99206-4373         ___   Overnight Mail

9    (Attorneys for Plaintiff)               ___   Facsimile

10

I hereby declare under the penalty of perjury and the laws of the State of

11

Washington that the following statements are true.

12

Dated this 8th day of April, 2014, in Spokane, Washington.

13

14

*Donna Monroe*

15    Donna Monroe

16

17

18

19

20

21

22

23

24

NOTICE OF REMOVAL TO
FEDERAL COURT
Page 3

# ATTACHMENT "A"

*ORIGINAL*

1

2

3 **FILED**

MAR 1 4 2014

4 SPOKANE COUNTY CLERK

5

6

7

8 ### IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
### IN AND FOR THE COUNTY OF SPOKANE

9

10 MICHAEL SCOTT MACLAY, a single person,

11 Plaintiff,    NO. **14200883-4**

12 v.    SUMMONS [20 DAYS]

13 SPOKANE COUNTY; SPOKANE COUNTY
SHERIFF'S DEPARTMENT, SHERIFF OZZIE
14 KNEZOVICH, BRENDA NELSON, DEPUTY J.
COOK, SPOKANE COUNTY JAIL, JOHN
15 DOE(S);

16 Defendants.

17 TO:      SPOKANE    COUNTY;    SPOKANE    COUNTY    SHERIFF'S
DEPARTMENT, SHERIFF OZZIE KNEZOVICH, BRENDA NELSON,
18 DEPUTY J. COOK, SPOKANE COUNTY JAIL, JOHN DOE(S)

19

20 AND TO:      Their attorneys.

21 A lawsuit has been started against you in the above-entitled Court by MICHAEL

22 SCOTT MACLAY, Plaintiff. Plaintiff's claim is stated in the written Complaint, a copy

23 of which is served upon you with this Summons.

24 In order to defend against this lawsuit, you must respond to the Complaint by

25 stating your defense in writing, and serve a copy upon the person signing this Summons

26 within twenty (20) days after the service of this Summons, excluding the day of service,

27 or within sixty (60) days if this Summons was served outside the State of Washington, or

28 within forty (40) days if this Summons is served through the Insurance Commissioner's

SUMMONS - 1

PHELPS & ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
Email: phelps@phelpslaw1.com

Office, or a Default Judgment may be entered against you without notice. A Default Judgment is one where Plaintiff is entitled to what the Complaint asks for because you have not responded. If you serve a Notice of Appearance on the undersigned attorney, you are entitled to notice before a Default Judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the Court. If you do so, the demand must be made in writing and must be served upon the Plaintiff. Within fourteen (14) days after you serve demand, the Plaintiff must file this lawsuit with the Court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

Dated at Spokane, Washington this 3rd day of March, 2014

_____
Douglas D. Phelps, WSBA # 22620
Attorney for Plaintiff

SUMMONS - 2

PHELPS & ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
Email: phelps@phelpslaw1.com

**ORIGINAL**

**FILED**

MAR 1 4 2014

SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

MICHAEL SCOTT MACLAY, a single person,

            Plaintiff,

   v.

SPOKANE COUNTY; SPOKANE COUNTY
SHERIFF'S DEPARTMENT, SHERIFF
OZZIE KNEZOVICH, BRENDA NELSON,
DEPUTY J. COOK, SPOKANE COUNTY
JAIL, JOHN DOE(S);

            Defendants.

NO. **14200883-4**

COMPLAINT

COMES NOW the Plaintiff, MICHAEL SCOTT MACLAY, by and through

his attorney, DOUGLAS D. PHELPS, and for a cause of action against the Defendants

above-named alleges as follows:

## I. INTRODUCTION

1.1  This is a civil action seeking damages against the Defendants for committing

acts under the color of law, depriving the Plaintiff of rights secured by the

United States Constitution and the laws of the United States. Defendants,

Brenda Nelson, Deputy J. Cook, and John Doe(s), while acting in their

capacities as employees of Spokane County, Washington, acted to deprive the

Plaintiff of his constitutional rights.

1.2  Additionally, the acts of Spokane County, Spokane County Sheriff's

COMPLAINT - 1

PHELPS & ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
Email: phelps@phelpslawl.com

1    Department, Sheriff Ozzie Knezovich, Brenda Nelson, Deputy J. Cook,
2    Spokane County Jail, and John Doe(s) violated the Plaintiff's rights pursuant to
3    the United States Constitution, 42 USC 1983 and 1985, Washington State
4    Constitution, the Americans with Disabilities Act, the Revised Code of
     Washington, and the common law.
5
     The Plaintiff was arrested for a civil bench warrant and held for multiple days in
6    the Spokane County Jail, despite having been turned away from jail once before
7    for health reasons upon presenting himself there as requested. He was held for
8    three days and deprived of necessary medications. He suffered respiratory
9    arrest and severe discomfort as a result.

10

11                              II. JURISDICTION AND VENUE

12   2.1   This action is brought pursuant to 42 USC Section 1983 and 1985, alleging
13         that the Defendants acted under the color of law, depriving the Plaintiff of his
14         rights, privileges, and immunities as guaranteed by the Fourth, Fifth, Eighth,
15         and Fourteenth Amendments to the United States Constitution.

16   2.2   This action is brought pursuant to the laws of the State of Washington and the
17         United States of America.

18   2.3   All acts complained of occurred in Spokane County, State of Washington.

19   2.4   The Defendants, Spokane County, the Spokane County Sheriff's Department,
           and the Spokane County Jail are government entities located in Spokane
20         County, State of Washington.

21
     2.5   Defendant Sheriff Ozzie Knezovich is and was the elected Sheriff of the
22         Spokane County Sheriff's Department. Defendant Deputy J. Cook was a
23         deputy employed by the Spokane County Sheriff's Department, Defendant
24         Brenda Nelson was supervisor of the Spokane County Jail, and Defendants
25         John Doe(s) were jail personnel employed by the Spokane County Sheriff's
26         Department. All Defendants reside in Spokane County, State of Washington.

27   2.6   The venue is proper in Spokane County, State of Washington.

28

COMPLAINT - 2

PHELPS & ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
Email: phelps@phelpslaw1.com

WORKING COPY

## III. PARTIES

3.1     The Plaintiff, Michael Scott Maclay, is a resident of the State of Washington, in the United States of America.

3.2     The Defendant, Spokane County, is a county government of Spokane County, State of Washington, United States of America.

3.3     The Defendant, Spokane County Sheriff's Department, is an agency of the Spokane County government in the State of Washington, United States of America.

3.4     Defendant Sheriff Ozzie Knezovich is and was the elected Sheriff of the Spokane County Sheriff's Department.

3.5     The Spokane County Sheriff's Department operates an adult detention facility in Spokane County which housed Michael Scott Maclay.

3.6     Brenda Nelson is a jail supervisor employed by the Spokane County Jail and the Spokane County Sheriff's Department.

3.7     Deputy J. Cook is a deputy employed by the Spokane County Sheriff's Department who each arrested Michael Scott Maclay.

3.8     John Doe(s) were jail staff directly responsible for protection and supervision of Michael Scott Maclay and his health and well-being.

## IV. CAUSE OF ACTION

### FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS
### UNDER COLOR OF LAW PURSUANT TO 42 USC 1983
### (THE CIVIL RIGHTS ACT)

4.1     From on or about February 21, 2011 to February 24, 2011, Michael Scott Maclay was incarcerated in the Spokane County Jail, State of Washington.

4.2     On or about March 20, 2009, Michael Scott Maclay was arrested and incarcerated in the Spokane County Jail, State of Washington.

4.3     Upon intake during his March 20, 2009 incarceration, Michael Scott Maclay advised Spokane County Jail personnel, including Defendant Brenda Nelson, of his medical conditions and necessary medications.

COMPLAINT - 3

PHELPS & ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
Email: phelps@phelpslawl.com

PAGE 9

4.4    On or about October 22, 2010, Michael Scott Maclay reported to jail as requested on a civil bench warrant.

4.5    Upon reporting on October 22, 2010, Michael Scott Maclay was turned away from jail due to his health conditions.

4.6    At the time of arrest on February 21, 2011, Michael Scott Maclay advised the arresting officer, Deputy J. Cook, of having been turned away from jail on October 22, 2010. Deputy J. Cook arrested him nevertheless.

4.7    Upon intake on his incarceration beginning February 21, 2011, Michael Scott Maclay advised Spokane County Jail personnel, including Defendant Brenda Nelson, of his medical conditions and necessary medications.

4.8    Spokane County Jail personnel were further advised of Michael Scott Maclay's necessary medications by his daughter and son-in-law, who asked that he be given those medications.

4.9    Spokane County Jail personnel did not provide Michael Scott Maclay with his needed medications.

4.10   On February 21, 2011, while incarcerated, Michael Scott Maclay was observed lying on his bunk and stating that he could not breathe and could not sit up. He requested his inhaler at that time.

4.11   The next morning, Michael Scott Maclay was again agitated and complained of respiratory infection.

4.12   At 9:00 AM on February 22, Michael Scott Maclay requested his medications.

4.13   On February 22, he was placed on medical watch but was not given his medications.

4.14   In the night of February 22-23, Michael Scott Maclay blacked out and suffered severe respiratory problems.

4.15   At no time was Michael Scott Maclay provided with his necessary medications, despite his serious medical issues.

4.16   Spokane County Jail failed to care for the health of Michael Scott Maclay, in violation of his rights under 42 USC 1983.

COMPLAINT - 4

PHELPS & ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
Email: phelps@phelpslawl.com

4.17   That as a result of the violations to Michael Scott Maclay's rights, Michael Scott Maclay suffered and continues to suffer injury as a result of his incarceration and exacerbation of his respiratory issues.

## V. CAUSE OF ACTION FOR VIOLATION OF
## PLAINTIFF'S CONSTITUTIONAL RIGHTS
## PURSUANT TO THE CONSTITUTION OF THE UNITED STATES AND THE
## WASHINGTON STATE CONSTITUTION

Michael Scott Maclay, Plaintiff, re-alleges paragraphs 4.1 to 4.15 as paragraphs 5.1 to 5.15.

5.16   That the failure to protect the health of Michael Scott Maclay was a violation of his rights pursuant to Article I Section 3, 7, 14, and 35 of the Washington State Constitution and the 8th Amendment to the Constitution of the United States.

5.17   That as a result of the violations to Michael Scott Maclay's Washington State and United States Constitutional Rights, Michael Scott Maclay suffered and continues to suffer injury as a result of his incarceration and exacerbation of his respiratory issues.

## VI. CAUSE OF ACTION PURSUANT
## TO AGENCY THEORY

Michael Scott Maclay, Plaintiff, re-alleges paragraphs 4.1 to 4.15 as paragraphs 6.1 to 6.15.

6.16   That Spokane County is liable for actions of its agent, Spokane County Sheriff's Department, on its behalf.

6.17   That as a result of the actions or inactions of Spokane County, the Spokane County Sheriff's Department, Brenda Nelson, and jail staff, Michael Scott Maclay suffered and continues to suffer injury as a result of his incarceration and exacerbation of his respiratory issues.

COMPLAINT - 5

PHELPS & ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
Email: phelps@phelpslawl.com

## VII. CAUSE OF ACTION PURSUANT

## TO DOCTRINE OF RESPONDEAT SUPERIOR

Michael Scott Maclay, Plaintiff, re-alleges paragraphs 4.1 to 4.15 as paragraphs 7.1 to 7.15.

7.16    That Defendant Ozzie Knezovich, Defendant Brenda Nelson, Spokane County Sheriff's Department, and Spokane County are liable for the actions of their employees under the doctrine of Respondeat Superior which resulted in the failure to care for the health of Michael Scott Maclay.

7.17    That as a result of the actions or inactions of the employees of the Spokane County Sheriff's Department, Spokane County, Brenda Nelson, and jail staff, Michael Scott Maclay suffered and continues to suffer injury as a result of his incarceration and exacerbation of his respiratory issues.

## VIII. RELIEF SOUGHT

Michael Scott Maclay, Plaintiff, re-alleges paragraphs 4.1 to 4.15 as paragraphs 8.1 to 8.15.

10.16   WHEREFORE, the Plaintiff prays for judgment against the Defendants, jointly and severally, in an amount that will fairly compensate the Plaintiff for all damages sustained, costs, and reasonable attorneys' fees and costs, interest calculated at the maximum amount allowable by the law, and any other relief the Court deems just, including but not limited to:

10.17   Past and future medical expenses and counseling fees and cost.

10.18   Past and future loss of earnings.

10.19   Permanent and partial impairment of earnings and earning capacity.

10.20   Pain and suffering, both mental and physical.

10.21   Past and future permanent and partial disability.

10.22   Loss of enjoyment of life.

10.23   Past and future special damages.

10.24   Interest calculated at the maximum amount allowable by law, including prejudgment interest.

COMPLAINT - 6

PHELPS & ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
Email: phelps@phelpslaw1.com

PAGE 12

1    10.25  For punitive damages in an amount to be proven at trial.

2    10.26  Injunctive relief to protect Michael Scott Maclay and others similarly

3           situated from negligent health care.

4    10.27  Injunctive relief to require the Spokane County Sheriff's Department to

5           institute policies, procedures, and practices to protect inmates from

6           negligent health care.

7    10.28  Attorneys' fees and cost.

8    10.29  Cost and disbursements herein in an amount to be proven at the time of trial.

9    Dated at Spokane, Washington, this _3_ day of March, 2014

Douglas D. Phelps, WSBA # 22620
Attorney for Plaintiff

COMPLAINT - 7

PHELPS & ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
Email: phelps@phelpslawl.com

1   STATE OF WASHINGTON )

2   County of Spokane       )
                              ) ss.

3       Michael Scott Maclay, being first duly sworn on oath, deposes and states:

4       I am the named Plaintiff herein, I have read the foregoing Amended Complaint

5   for Damages, I know the contents thereof, and I believe the same to be true and correct.

6

7

8                                   _Michael S. Maclay_

9                                   MICHAEL SCOTT MACLAY

10

11  SUBSCRIBED AND SWORN TO before me this 7th day of March, 2014

12

13

14                                  NOTARY PUBLIC for the State of
    ┌─────────────────────────────┐  Washington
15  │        Notary Public        │  Residing at Spokane Co
    │     State of Washington     │  My commission expires a8 / 2017
16  │       PEGGY L PHELPS        │
    │ My Appointment Expires Mar 25, 2017 │
    └─────────────────────────────┘
17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT - 8

PHELPS & ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
Email: phelps@phelpslaw1.com

FILED

MAR 1 4 2014

SPOKANE COUNTY CLERK

(Copy Receipt)         Clerk's Date Stamp

|  SUPERIOR COURT OF WASHINGTON COUNTY OF SPOKANE | JUDGE MICHAEL P. PRICE 91 |
|---|---|
| MACLAY, MICHAEL SCOTT | CASE NO.    2014-02-00883-4 |
| **Plaintiff(s)/Petitioner(s),**<br>**vs.** | **CASE ASSIGNMENT**<br>**NOTICE AND ORDER (NTAS)** |
| SPOKANE COUNTY, ET AL | **CASE STATUS CONFERENCE DATE:**<br>**JUNE 13, 2014 AT 9:00 AM** |
| **Defendant(s)/Respondent(s).** | |

## ORDER

YOU ARE HEREBY NOTIFIED that this case is preassigned for all further proceedings to the judge noted above.    **You are required to attend a Case Status Conference before your assigned judge on the date also noted above.    The Joint Case Status Report must be completed and brought to the Status Conference.  A Case Schedule Order, with the trial date, will be issued at the Status Conference.**

Under the individual calendar system, the court will operate on a four-day trial week.  Trials will commence on Monday, Tuesday, Wednesday or Thursday.  Motion Calendars are held on Friday.  All motions, other than ex parte motions, must be scheduled with the assigned judge.  Counsel must contact the assigned court to schedule motions and working copies of all motion pleadings must be provided to the assigned court at the time of filing with the Clerk of Court.  Pursuant to LCR 40 (b) (10), motions must be confirmed no later than 12:00 noon two days before the hearing by notifying the judicial assistant for the assigned judge.

Please contact the assigned court to schedule matters regarding this case.  You may contact the assigned court by phone, court department e-mail or through the Spokane County Superior Court web page at    **http://www.spokanecounty.org/superiorcourt**

DATED:  03/14/2014

SALVATORE F. COZZA
PRESIDING JUDGE

NOTICE:  The plaintiff shall serve a copy of the Case Assignment Notice on the defendant(s).

CASE ASSIGNMENT NOTICE    LAR 0.4.1(b)    (4/2001)    Rpt032                    Page 1 of 1

**PAGE 15**

**ORIGINAL**

FILED

MAR 1 8 2014

SPOKANE COUNTY CLERK

**SUPERIOR COURT OF WASHINGTON**
**COUNTY OF SPOKANE**
CIVIL

| | |
|---|---|
| MACLAY, MICHAEL SCOTT<br><br>                     Plaintiff<br><br>v.<br><br>SPOKANE COUNTY, SPOKANE COUNTY SHERFF'S DEPARTMENT, SHERIFF OZZIE KNEZOVICH, BRENDA NELSON, DEPUTY J. COOK, SPOKANE COUNTY JAIL, JOHN DOE(S)<br><br>                 Defendants | NO: 2014-02-00883-4<br><br>**MOTION AND DECLARATION FOR CHANGE OF JUDGE (MTAF)** |

## I. MOTION

The undersigned, based on the following declaration, moves the court for an Order Granting Motion for Change of Judge.

_____
Signature

## II. DECLARATION

2.1    I am: the Plaintiff's attorney in the above-captioned action.  I make this declaration of personal knowledge and could and would competently testify to its contents.

2.2    I believe that a fair and impartial trial cannot be had before:        Michael P. Price
                                                                                                                (Judge)

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at ___Spokane (Wash)___ , Washington on 3/17/2014 .
                    (Place)                                                              (Date)

_____
Declarant

Douglas D. Phelps, Attorney for the Plaintiff

**MOTION/DECLARATION FOR CHANGE OF JUDGE (MTAF)** - Page 1 of 1
**WPF JU 11.0400**  (9/2000) - RCW 4.12.040, .050

PHELPS & ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
Email: phelps@phelpslawl.com

**PAGE 16**

WORKING COPY

ORIGINAL

FILED

MAR 1 8 2014

SPOKANE COUNTY CLERK

**SUPERIOR COURT OF WASHINGTON**
**COUNTY OF SPOKANE**
                              CIVIL

MACLAY, MICHAEL SCOTT
                              Plaintiff,

NO: 2014-02-00883-4

v.

**ORDER FOR CHANGE OF JUDGE**
❑ **GRANTING MOTION (ORCJ)**
❑ **DENYING MOTION (ORDYMT)**

SPOKANE COUNTY, SPOKANE COUNTY SHERFF'S DEPARTMENT, SHERIFF OZZIE KNEZOVICH, BRENDA NELSON, DEPUTY J. COOK, SPOKANE COUNTY JAIL, JOHN DOE(S)
                              Defendants.

The motion for change of judge brought by moving party _____ is:

    ❑      Granted.

    ❑      Denied for the reason that prior discretion has been exercised.

Dated: _____

                      JUDGE/COMMISSIONER

Presented by:

_____
Signature

Douglas D. Phelps, Attorney for Plaintiff
WSBA #22620

**ORDER GRANTING/DENYING MOTION FOR CHANGE OF JUDGE (ORCJ)(ORDYMT)** - Page 1 of 1
WPF JU 11.0410  (9/2000) - RCW 4.12.040, .050

PHELPS & ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
Email: phelps@phelpslaw1.com

WORKING COPY

# FILED

MAR **2 4** 2014

SPOKANE COUNTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR SPOKANE COUNTY

| | |
|---|---|
| MICHAEL SCOTT MACLAY, a single person, | NO. 14200883-4 |
| Plaintiff(s), | AFFIDAVIT OF SERVICE |
| vs | |
| SPOKANE COUNTY; SPOKANE COUNTY SHERIFF'S DEPARTMENT; SHERIFF OZZIE KNEZOVICH, BRENDA NELSON, DEPUTY J. COOK, SPOKANE COUNTY JAIL, JOHN DOE(S), | |
| Defendant(s). | |

I DECLARE:

1.    I am over the age of 18 years, and I am not a party to this action.

2.    I served    Deputy J. Cook    with the following documents:

      [ ]    a summons, a copy of which is attached, and a petition in this action.
      [ ]    a parenting plan.
      [ ]    an order to show cause.
      [x]    other:

      Summons, Complaint and Case Assignment Notice and Order

3.    The date, time and place of service were (if by mail refer to Paragraph 4 below):

    Date:    March 20, 2014        Time:    3:20 PM

    Address:    1116 W Broadway – Recorder's Office
              Spokane, WA 99260

Page 1

4.    Service was made pursuant to Civil Rule 4(d):
    [ ]    by delivery to the person named in paragraph 2 above.
    [x]    by delivery  Kathy Cook – authorized to accept service  a person of suitable age and
              discretion working at the Spokane County Recorder's Office.
    [ ]    by publication as provided in RCW 4.28.100.  (A copy of the summons is attached.)
    [ ]    (check only if there is a court order authorizing service by mail) by mailing two copies
              postage prepaid to the person named in the order entered by the court on
              _____ [Date].  One copy was mailed by ordinary first class mail, the other
              copy was sent by certified mail return receipt requested.  (Attach return receipt below.)
              The copies were mailed on _____ [Date].

5.    Other:

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at   **Notary Public**     on     March 21, 2014
               **State of Washington**             [Date]
               **Susan C. Dault**
         **Commission Expires 4/14/18**      Signature

                                    Shannon Nelson, Spokane County No. 1409
Subscribed and sworn to me this _____      Print or Type Name
day of _____, 2014.

x _____          _____ April 14, 2018 _____
Notary Public in and for the State of        My Commission Expires
Washington, Residing in Spokane.

Page 2

FILED

MAR 2 4 2014

SPOKANE COUNTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR SPOKANE COUNTY

| | |
|---|---|
| MICHAEL SCOTT MACLAY, a single person, | NO. 14200883-4 |
| Plaintiff(s), | AFFIDAVIT OF SERVICE |
| vs | |
| SPOKANE COUNTY; SPOKANE COUNTY SHERIFF'S DEPARTMENT; SHERIFF OZZIE KNEZOVICH, BRENDA NELSON, DEPUTY J. COOK, SPOKANE COUNTY JAIL, JOHN DOE(S), | |
| Defendant(s). | |

I DECLARE:

1.   I am over the age of 18 years, and I am not a party to this action.

2.   I served   Brenda Nelson   with the following documents:

    [ ]   a summons, a copy of which is attached, and a petition in this action.
    [ ]   a parenting plan.
    [ ]   an order to show cause.
    [x]   other:

        Summons, Complaint and Case Assignment Notice and Order

3.   The date, time and place of service were (if by mail refer to Paragraph 4 below):

    Date:   March 20, 2014          Time:   3:20 PM

    Address:   1116 W Broadway – Recorder's Office
                   Spokane, WA 99260

Page 1

4.    Service was made pursuant to Civil Rule 4(d):
    [ ]    by delivery to the person named in paragraph 2 above.
    [x]    by delivery___Kathy Cook – authorized to accept service___a person of suitable age and discretion working at the Spokane County Recorder's Office.
    [ ]    by publication as provided in RCW 4.28.100.  (A copy of the summons is attached.)
    [ ]    (check only if there is a court order authorizing service by mail) by mailing two copies postage prepaid to the person named in the order entered by the court on _____ [Date].  One copy was mailed by ordinary first class mail, the other copy was sent by certified mail return receipt requested.  (Attach return receipt below.)  The copies were mailed on _____ [Date].

5.    Other:

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at _____Spokane, WA_____ on _____March 21, 2014_____
          [Place]                              [Date]

Notary Public
State of Washington
Susan C. Dault
Commission Expires 4/14/18

Subscribed and sworn to me this _24__
day of ___MARCH___, 2014.

_____
x _____
Notary Public in and for the State of
Washington, Residing in Spokane.

_____
Signature

___Shannon Nelson, Spokane County No. 1409___
Print or Type Name

_____April 14, 2018_____
My Commission Expires

Page 2

WORKING COPY

# FILED

MAR **2 4** 2014

SPOKANE COUNTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR SPOKANE COUNTY

| | |
|---|---|
| MICHAEL SCOTT MACLAY, a single person, | NO. 14200883-4 |
| Plaintiff(s), | AFFIDAVIT OF SERVICE |
| vs | |
| SPOKANE COUNTY; SPOKANE COUNTY SHERIFF'S DEPARTMENT; SHERIFF OZZIE KNEZOVICH, BRENDA NELSON, DEPUTY J. COOK, SPOKANE COUNTY JAIL, JOHN DOE(S), | |
| Defendant(s). | |

I DECLARE:

1.    I am over the age of 18 years, and I am not a party to this action.

2.    I served ___Sheriff Ozzie Knezovich___ with the following documents:

        [ ]    a summons, a copy of which is attached, and a petition in this action.
        [ ]    a parenting plan.
        [ ]    an order to show cause.
        [x]    other:

        Summons, Complaint and Case Assignment Notice and Order

3.    The date, time and place of service were (if by mail refer to Paragraph 4 below):

      Date:    March 20, 2014        Time:    3:20 PM

      Address:    1116 W Broadway – Recorder's Office
                Spokane, WA 99260

Page 1

4.      Service was made pursuant to Civil Rule 4(d):
   [ ]      by delivery to the person named in paragraph 2 above.
   [x]     by delivery   Kathy Cook – authorized to accept service   a person of suitable age and
            discretion working at the Spokane County Recorder's Office.
   [ ]      by publication as provided in RCW 4.28.100. (A copy of the summons is attached.)
   [ ]      (check only if there is a court order authorizing service by mail) by mailing two copies
            postage prepaid to the person named in the order entered by the court on
            _____ [Date]. One copy was mailed by ordinary first class mail, the other
            copy was sent by certified mail return receipt requested. (Attach return receipt below.)
            The copies were mailed on _____ [Date].

5.      Other:

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and
correct.

Signed at _____Spokane, WA_____ on _____March 21, 2014_____
                        [Place]                                    [Date]

Notary Public
State of Washington
Susan C. Dault
Commission Expires 4/14/18

Subscribed and sworn to and this _____
day of _____, 2014.                    Signature

                                              ___Shannon Nelson, Spokane County No. 1409___
                                              Print or Type Name

x _____                    _____April 14, 2018_____
Notary Public in and for the State of           My Commission Expires
Washington, Residing in Spokane.

Page 2

WORKING COPY

FILED

MAR **2 4** 2014

SPOKANE COUNTY CLERK

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR SPOKANE COUNTY

| | |
|---|---|
| MICHAEL SCOTT MACLAY, a single person, | NO. 14200883-4 |
| Plaintiff(s), | AFFIDAVIT OF SERVICE |
| vs | |
| SPOKANE COUNTY; SPOKANE COUNTY SHERIFF'S DEPARTMENT; SHERIFF OZZIE KNEZOVICH, BRENDA NELSON, DEPUTY J. COOK, SPOKANE COUNTY JAIL, JOHN DOE(S), | |
| Defendant(s). | |

I DECLARE:

1. I am over the age of 18 years, and I am not a party to this action.

2. I served __Spokane County Sheriff's Department__ with the following documents:

   [ ] a summons, a copy of which is attached, and a petition in this action.
   [ ] a parenting plan.
   [ ] an order to show cause.
   [x] other:

      Summons, Complaint and Case Assignment Notice and Order

3. The date, time and place of service were (if by mail refer to Paragraph 4 below):

   Date:    March 20, 2014                Time:    3:20 PM

   Address:   1116 W Broadway – Recorder's Office
                Spokane, WA 99260

Page 1

WORKING COPY

4.      Service was made pursuant to Civil Rule 4(d):
   [ ]      by delivery to the person named in paragraph 2 above.
   [x]      by delivery ___Kathy Cook – authorized to accept service___ a person of suitable age and
            discretion working at the Spokane County Recorder's Office.
   [ ]      by publication as provided in RCW 4.28.100.  (A copy of the summons is attached.)
   [ ]      (check only if there is a court order authorizing service by mail) by mailing two copies
            postage prepaid to the person named in the order entered by the court on
            _____ [Date].  One copy was mailed by ordinary first class mail, the other
            copy was sent by certified mail return receipt requested.  (Attach return receipt below.)
            The copies were mailed on _____ [Date].

5.      Other:

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and
correct.


Signed at _____Spokane, WA_____ on _____March 21, 2014_____
                                              [Date]

Notary Public
State of Washington
Susan C. Dault
Commission Expires 4/14/18

                                              _Shannan Nelsa_
                                              Signature

                                              __Shannon Nelson, Spokane County No. 1409__
Subscribed and sworn to me this __21st__     Print or Type Name
day of _____March_____, 2014.


x __Susan C Dault__                          _____April 14, 2018_____
Notary Public in and for the State of        My Commission Expires
Washington, Residing in Spokane.


Page 2

**PAGE 25**

WORKING COPY

**FILED**

MAR 2 4 2014

SPOKANE COUNTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR SPOKANE COUNTY

| | |
|---|---|
| MICHAEL SCOTT MACLAY, a single person, | NO. 14200883-4 |
| Plaintiff(s), | AFFIDAVIT OF SERVICE |
| vs | |
| SPOKANE COUNTY; SPOKANE COUNTY SHERIFF'S DEPARTMENT; SHERIFF OZZIE KNEZOVICH, BRENDA NELSON, DEPUTY J. COOK, SPOKANE COUNTY JAIL, JOHN DOE(S), | |
| Defendant(s). | |

I DECLARE:

1.   I am over the age of 18 years, and I am not a party to this action.

2.   I served   __Spokane County Jail__   with the following documents:

      [ ]   a summons, a copy of which is attached, and a petition in this action.
      [ ]   a parenting plan.
      [ ]   an order to show cause.
      [x]   other:

      Summons, Complaint and Case Assignment Notice and Order

3.   The date, time and place of service were (if by mail refer to Paragraph 4 below):

      Date:   March 20, 2014        Time:   3:20 PM

      Address:   1116 W Broadway – Recorder's Office
                Spokane, WA 99260

Page 1

4.      Service was made pursuant to Civil Rule 4(d):

[ ]     by delivery to the person named in paragraph 2 above.

[x]     by delivery   Kathy Cook – authorized to accept service   a person of suitable age and discretion working at the Spokane County Recorder's Office.

[ ]     by publication as provided in RCW 4.28.100.  (A copy of the summons is attached.)

[ ]     (check only if there is a court order authorizing service by mail) by mailing two copies postage prepaid to the person named in the order entered by the court on
_____ [Date].  One copy was mailed by ordinary first class mail, the other copy was sent by certified mail return receipt requested.  (Attach return receipt below.) The copies were mailed on _____ [Date].

5.      Other:

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at      Spokane, WA _____ on _____   March 21, 2014 _____
                          [Place]                                      [Date]

Notary Public
State of Washington
Susan C. Dault
Commission Expires 4/14/18

_____
Signature

Shannon Nelson, Spokane County No. 1409
Print or Type Name

Subscribed and sworn to me this ___2\Q___
day of ___MURUU___, 2014.

x _____
Notary Public in and for the State of
Washington, Residing in Spokane.

_____   April 14, 2018 _____
My Commission Expires

Page 2

# FILED

MAR **2 4** 2014

SPOKANE COUNTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR SPOKANE COUNTY

| | |
|---|---|
| MICHAEL SCOTT MACLAY, a single person, | NO. 14200883-4 |
| Plaintiff(s), | AFFIDAVIT OF SERVICE |
| vs | |
| SPOKANE COUNTY; SPOKANE COUNTY SHERIFF'S DEPARTMENT; SHERIFF OZZIE KNEZOVICH, BRENDA NELSON, DEPUTY J. COOK, SPOKANE COUNTY JAIL, JOHN DOE(S), | |
| Defendant(s). | |

I DECLARE:

1.    I am over the age of 18 years, and I am not a party to this action.

2.    I served   _Spokane County_   with the following documents:

      [ ]    a summons, a copy of which is attached, and a petition in this action.
      [ ]    a parenting plan.
      [ ]    an order to show cause.
      [x]    other:

         Summons, Complaint and Case Assignment Notice and Order (6 copies of each)

3.    The date, time and place of service were (if by mail refer to Paragraph 4 below):

      Date:    March 20, 2014        Time:    3:20 PM

      Address:    1116 W Broadway – Recorder's Office
               Spokane, WA 99260

Page 1

4.    Service was made pursuant to Civil Rule 4(d):

[ ]    by delivery to the person named in paragraph 2 above.

[x]    by delivery   Kathy Cook – authorized to accept service   a person of suitable age and
       discretion working at the Spokane County Recorder's Office.

[ ]    by publication as provided in RCW 4.28.100. (A copy of the summons is attached.)

[ ]    (check only if there is a court order authorizing service by mail) by mailing two copies
       postage prepaid to the person named in the order entered by the court on
       _____ [Date]. One copy was mailed by ordinary first class mail, the other
       copy was sent by certified mail return receipt requested. (Attach return receipt below.)
       The copies were mailed on _____ [Date].

5.    Other:

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and
correct.

Signed at _____Spokane, WA_____ on _____March 21, 2014_____

Notary Public
State of Washington
Susan C. Dault
Commission Expires 4/14/18

                                                 [Date]

                                                 _Shannon Nelson_
                                                 Signature

Subscribed and sworn to me this _____                 Shannon Nelson, Spokane County No. 1409
day of _____, 2014.                              Print or Type Name

x _____                          _____April 14, 2018_____
Notary Public in and for the State of                My Commission Expires
Washington, Residing in Spokane.

Page 2

FILED

MAR 2 5 2014

SPOKANE COUNTY CLERK

(Copy Receipt)                    (Clerk's Date Stamp)

**SUPERIOR COURT OF WASHINGTON**
**COUNTY OF SPOKANE**

Michael Scott Maclay
Plaintiff/Petitioner

CASE NO. 2014-02-00883-4

vs.

MOTION, CERTIFICATE AND ORDER
FOR CHANGE OF JUDGE

Spokane County, et al.
Defendant/Respondent

Clerks Action Required (ORCJ)

### I. Motion

The undersigned, based on the following certificate, moves the court for an Order for Change of Judge.

### II. Certificate

2.1  I am: Douglas Phelps, attorney for Plaintiff in the above entitled action;
(Name and Title)

2.2  I believe that a fair and impartial trial in this case cannot be had before: Michael P. Price
(Judge)

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

3/20/2014 Spokane Washington
(Date and Place)                    Signature (moving)

### III. Order

The motion is: ☒ Granted    ☐ Denied because prior discretion has been exercised.
              ☐ Denied because the motion is untimely under CR 40(f) / CrR 8.9 / RALJ 8.9 C.

Dated: 3/25/2014, 20 14
Presented by:

_____          Judge _____
WSBA # _____                    MICHAEL P. PRICE

MOTION/CERTIFICATE/ORDER FOR CHANGE OF JUDGE          PAGE 1 OF 1
(Rev 06/2001)



SPOKANE COUNTY COURT HOUSE

# SUPERIOR COURT
### FOR
# SPOKANE COUNTY

**RONALD E. MILES**
**Court Administrator**
rmiles@spokanecounty.org

**Leanne M. Wakefield**
**Assistant Court Administrator**
lwakefield@spokanecounty.org

FILED

MAR 2 6 2014

SPOKANE COUNTY CLERK

March 25, 2014

Douglas Dwight Phelps
Phelps & Associates PS
2903 N Stout Rd
Spokane WA 99206-4373

### Re: Spokane County Cause No.   2014-02-00883-4
### MACLAY, MICHAEL S VS SPOKANE COUNTY ETAL

Dear Counsel:

The above case has been reassigned to Judge Harold D. Clarke III for all further proceedings. Please contact Judicial Assistant Linda Sutton at (509) 477-5717 regarding any scheduling matters.

Sincerely,

Kimberly A. Kilham

Kim Kilham
Civil Case Coordinator

Copy: Court File

# FILED

MAR **2 6** 2014

SPOKANE COUNTY CLERK

Clerk's Date Stamp

 **SUPERIOR COURT OF WASHINGTON**
**COUNTY OF SPOKANE**

MACLAY, MICHAEL S

**CASE NO.**   2014-02-00883-4

Plaintiff(s)/Petitioner(s),

VS.

**ORDER OF PREASSIGNMENT**
**(ORP)**

SPOKANE COUNTY ETAL

**ID NUMBER:**   94

Defendant(s)/Respondent(s).

## ORDER

IT IS HEREBY ORDERED that this case is preassigned for all further proceedings
to:  JUDGE HAROLD D. CLARKE III.

DATED: 3/25/2014

SALVATORE F. COZZA
**COPIES MAILED TO:**                    PRESIDING JUDGE

DOUGLAS DWIGHT PHELPS

**PAGE 32**

**FILED**

MAR 2 8 2014

SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

| | | |
|---|---|---|
| MICHAEL SCOTT MACLAY, a single person, | ) ) ) | No. 14-2-00883-4 |
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF APPEARANCE** |
| | ) | **(NTAPR)** |
| SPOKANE COUNTY; SPOKANE COUNTY SHERIFF'S DEPARTMENT, SHERIFF OZZIE KNEZOVICH, BRENDA NELSON, DEPUTY J. COOK, SPOKANE COUNTY JAIL, JOHN DOE(S) | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**TO:** Michael Scott Maclay, Plaintiff, and Douglas D. Phelps, your attorney;

You are hereby notified that Defendants, SPOKANE COUNTY; SPOKANE COUNTY SHERIFF'S DEPARTMENT, SHERIFF OZZIE KNEZOVICH, BRENDA NELSON, DEPUTY J. COOK, SPOKANE COUNTY JAIL, enter a Notice of Appearance by and through the undersigned attorney and request that copies

NOTICE OF APPEARANCE (NTAPR)
Page 1 of 3

SPOKANE COUNTY
Prosecuting Attorney
W. 1115 Broadway Avenue
Spokane, WA 99260
(509) 477-5764

1  of all papers, pleadings and other instruments, other than service of process, be served

2  upon Robert B. Binger at West 1115 Broadway Avenue, Second Floor, Spokane,

3  Washington, 99260.

4       In entering this Notice of Appearance, Defendants, do not waive and expressly

5  reserve all defenses, including but not limited to lack of personal service on all

6  defendants except Spokane County.

7       DATED this 27th day of March, 2014.

8

9                          STEVEN J. TUCKER
                           Spokane County Prosecuting Attorney
10

11

12                         ROBERT B. BINGER, WSBA #10774
                           Sr. Deputy Prosecuting Attorney
13                         Attorneys for Defendants

14

15

16

17

18

19

20

21

22

23  NOTICE OF APPEARANCE (NTAPR)
    Page 2 of 3

24

SPOKANE COUNTY
Prosecuting Attorney
W. 1115 Broadway Avenue
Spokane, WA 99260
(509) 477-5764

**PAGE 34**

1    **PROOF OF SERVICE**

2         I hereby declare under the penalty of perjury and the laws of the State of

3    Washington that the following statements are true.

4         On the 28th day of March, 2014, I caused to be served a true and correct

5    copy of the foregoing document by the method indicated below, and addressed to

6    the following:

7
         Douglas D. Phelps, Esq.                    ___  Personal Service
8        Phelps & Associates, P.S.                   X   U.S. Mail
         2903 N. Stout Road                          ___  Hand-Delivered
9        Spokane, Washington 99206-4373             ___  Overnight Mail
         (Attorneys for Plaintiff)                   ___  Facsimile
10

11       Dated this 28th day of March, 2014, in Spokane, Washington.

12                                    _____
13                                         Tamara L. Baldwin

14

15

16

17

18

19

20

21

22

23   NOTICE OF APPEARANCE (NTAPR)              SPOKANE COUNTY
     Page 3 of 3                               Prosecuting Attorney
24                                             W. 1115 Broadway Avenue
                                               Spokane, WA 99260
                                               (509) 477-5764

COPY
ORIGINAL FILED

APR 0 7 2014

SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

| | |
|---|---|
| MICHAEL SCOTT MACLAY, a single person, | ) ) No. 14-2-00883-4 |
| Plaintiff, | ) ) |
| v. | ) **DEFENDANTS' ANSWER AND** |
| | ) **AFFIRMATIVE DEFENSES** |
| SPOKANE COUNTY; SPOKANE COUNTY SHERIFF'S DEPARTMENT, SHERIFF OZZIE KNEZOVICH, BRENDA NELSON, DEPUTY J. COOK, SPOKANE COUNTY JAIL, JOHN DOE(S) | ) ) ) ) ) ) |
| Defendants. | ) ) |

COME NOW Defendants Spokane County, Spokane County Sheriff's Department, Sheriff Ozzie Knezovich, Brenda Nelson, Deputy J. Cook, Spokane County Jail by and through Deputy Prosecuting Attorney Robert B. Binger and in response to the allegations contained in Plaintiff's Complaint, admit, deny, and allege as follows:

**ANSWER & AFFIRMATIVE DEFENSES**
Page 1 of 11

SPOKANE COUNTY
Prosecuting Attorney
W. 1115 Broadway Avenue
Spokane, WA 99260
(509) 477-5764

## I.    INTRODUCTION

1.1    In answering the allegations contained in Paragraph 1.1 of Plaintiff's Complaint, Defendants deny the same.

1.2    In answering the allegations contained in Paragraph 1.2 of Plaintiff's Complaint, Defendants deny the same.

## II.    JURISDICTION AND VENUE

2.1    In answering the allegations contained in Paragraph 2.1 of Plaintiff's Complaint, Defendants admit the same.

2.2    In answering the allegations contained in Paragraph 2.2 of Plaintiff's Complaint, Defendants admit the same.

2.3    In answering the allegations contained in Paragraph 2.3 of Plaintiff's Complaint, Defendant admits the same.

2.4    In answering the allegations contained in Paragraph 2.4 of Plaintiff's Complaint, Defendants admit Spokane County is a governmental entity and deny the remainder.

2.5    In answering the allegations contained in Paragraph 2.5 of Plaintiff's Complaint, Defendants admit Ozzie Knezovich is the elected Sheriff and Deputy J. Cook is a deputy employed by the Spokane County Sheriff's Office.  Defendants deny that Brenda Nelson is a supervisor of the Spokane

**ANSWER & AFFIRMATIVE DEFENSES**
Page 2 of 11

**SPOKANE COUNTY**
Prosecuting Attorney
W. 1115 Broadway Avenue
Spokane, WA  99260
(509) 477-5764

**PAGE 37**

1    County Jail.  Defendants are without knowledge or information sufficient to

2    form a belief as to the truth that John Doe(s) were jail personnel employed by

3    Spokane County Sheriff's Office and reside in Spokane County and on those

4    grounds deny the same.

5

6    2.6    In answering the allegations contained in Paragraph 2.6 of

7    Plaintiff's Complaint, Defendants admit the same.

8                                    III. PARTIES

9    3.1    In answering the allegations contained in Paragraph 3.1 of

10   Plaintiff's Complaint, Defendants are without knowledge or information

11   sufficient to form a belief as to the truth thereof and on that ground denies the

12

13   same.

14   3.2    In answer to the allegations contained in Paragraph 3.2 of the

15   Plaintiff's Complaint, Defendants explain that Spokane County is a political

16   subdivision of the State of Washington.

17   3.3    In answer to the allegations contained in Paragraph 3.3 of the

18   Plaintiff's Complaint, Defendants deny the same and explain that the

19   Spokane County Sheriff's Office is an administrative creation by an

20

21   independent elected official to allow him to carry out his statutory duties.

22

23   **ANSWER & AFFIRMATIVE DEFENSES**
     **Page 3 of 11**

24

SPOKANE COUNTY
Prosecuting Attorney
W. 1115 Broadway Avenue
Spokane, WA  99260
(509) 477-5764

**PAGE 38**

3.4    In answering the allegations contained in Paragraph 3.4 of Plaintiff's Complaint, Defendants admit the same.

3.5    In answering the allegations contained in Paragraph 3.5 of Plaintiff's Complaint, Defendants deny the same.

3.6    In answering the allegations contained in Paragraph 3.6 of Plaintiff's Complaint, Defendants deny the same.

3.7    In answering the allegations contained in Paragraph 3.7 of Plaintiff's Complaint, Defendants admit the same.

3.8    In answering the allegations against unidentified parties contained in Paragraph 3.8 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth thereof and on that ground deny the same.

## IV.  CAUSE OF ACTION

### FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS

### UNDER COLOR OF LAW PURSUANT TO 42 USC 1983

### (THE CIVIL RIGHTS ACT)

4.1    In answering the allegations contained in Paragraph 4.1 of Plaintiff's Complaint, Defendants admit the same.

**ANSWER & AFFIRMATIVE DEFENSES**
Page 4 of 11

SPOKANE COUNTY
Prosecuting Attorney
W. 1115 Broadway Avenue
Spokane, WA  99260
(509) 477-5764

**PAGE 39**

4.2    In answering the allegations contained in Paragraph 4.2 of Plaintiff's Complaint, Defendants admit the same.

4.3    In answering the allegations contained in Paragraph 4.3 of Plaintiff's Complaint, Defendants admit on March 20, 2009 Plaintiff provided the following information on the Receiving/Screening Form:   "Inhalier (sic) – Ibutarol (sic) Advair" and medical needs "lung disease".   Defendants deny the remainder.

4.4    In answering the allegations contained in Paragraph 4.4 of Plaintiff's Complaint, Defendants deny the same.

4.5    In answering the allegations contained in Paragraph 4.5 of Plaintiff's Complaint, Defendants deny the same and explain that Plaintiff was turned away because the jail had no due in commitment for him.

4.6    In answering the allegations contained in Paragraph 4.6 of Plaintiff's Complaint, Defendants admit the same.

4.7    In answering the allegations contained in Paragraph 4.7 of Plaintiff's Complaint, Defendants admit on February 21, 2011 Plaintiff provided the following information on the Receiving/Screening Form: "symbucourt (sic), c pup (sic), abuteret (sic), florozitine (sic)" and medical needs "asbestos".   Defendants deny the remainder.

ANSWER & AFFIRMATIVE DEFENSES
Page 5 of 11

SPOKANE COUNTY
Prosecuting Attorney
W. 1115 Broadway Avenue
Spokane, WA  99260
(509) 477-5764

PAGE 40

4.8   In answering the allegations contained in Paragraph 4.8 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth thereof and on that ground deny the same.

4.9   In answering the allegations contained in Paragraph 4.9 of Plaintiff's Complaint, Defendants deny the same.

4.10   In answering the allegations contained in Paragraph 4.10 of Plaintiff's Complaint, Defendants deny that Plaintiff could not sit up and admit the remainder.

4.11   In answering the allegations contained in Paragraph 4.11 of Plaintiff's Complaint, Defendants admit the same.

4.12   In answering the allegations contained in Paragraph 4.12 of Plaintiff's Complaint, Defendants admit the same.

4.13   In answering the allegations contained in Paragraph 4.13 of Plaintiff's Complaint, Defendants admit the same.  Defendants explain Plaintiff refused on February 22, 2011 to sign a specific consent to release medication information from his health care providers.

4.14   In answering the allegations contained in Paragraph 4.14 of Plaintiff's Complaint, Defendants deny the same.

ANSWER & AFFIRMATIVE DEFENSES
Page 6 of 11

SPOKANE COUNTY
Prosecuting Attorney
W. 1115 Broadway Avenue
Spokane, WA  99260
(509) 477-5764

4.15    In answering the allegations contained in Paragraph 4.15 of Plaintiff's Complaint, Defendants deny the same.

4.16    In answering the allegations contained in Paragraph 4.16 of Plaintiff's Complaint, Defendants deny the same.

4.17    In answering the allegations contained in Paragraph 4.17 of Plaintiff's Complaint, Defendants deny the same.

## V. CAUSE OF ACTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS PURSUANT TO THE CONSTITUTION OF THE UNITED STATE AND THE WASHINGTON STATE CONSTITUTION

Defendants reallege each and every previous answer as if fully set forth herein.

5.16    In answering the allegations contained in Paragraph 5.16 of Plaintiff's Complaint, Defendants deny the same.

5.17    In answering the allegations contained in Paragraph 5.17 of Plaintiff's Complaint, Defendants deny the same.

## VI.    CAUSE OF ACTION PURSUANT TO AGENCY THEORY

Defendants reallege each and every previous answer as if fully set forth herein.

**ANSWER & AFFIRMATIVE DEFENSES**
Page 7 of 11

SPOKANE COUNTY
Prosecuting Attorney
W. 1115 Broadway Avenue
Spokane, WA 99260
(509) 477-5764

**PAGE 42**

6.16   In answering the allegations contained in Paragraph 6.16 of Plaintiff's Complaint, Defendants deny the same.

6.17   In answering the allegations contained in Paragraph 6.17 of Plaintiff's Complaint, Defendants deny the same.

VII.  CAUSE OF ACTION PURSUANT

TO DOCTRINE OF RESPONDEAT SUPERIOR

Defendants reallege each and every previous answer as if fully set forth herein.

7.16   In answering the allegations contained in Paragraph 7.16 of Plaintiff's Complaint, Defendants deny the same.

7.17   In answering the allegations contained in Paragraph 7.17 of Plaintiff's Complaint, Defendants deny the same.

**AFFIRMATIVE DEFENSES**

Defendant having previously answered Plaintiff's Complaint now sets forth the following by way of Affirmative Defenses:

1.1   Lack of personal service;

1.2   Plaintiff's claims must be dismissed on the basis of immunity and/or qualified immunity;

**ANSWER & AFFIRMATIVE DEFENSES**
Page 8 of 11

SPOKANE COUNTY
Prosecuting Attorney
W. 1115 Broadway Avenue
Spokane, WA  99260
(509) 477-5764

**PAGE 43**

1    1.3    Pursuant to CR 12(b) (6), Plaintiff's action should be dismissed for

2    failing to state a claim upon which relief can be granted;

3    1.4    Plaintiff's action must fail because no custom or policy caused the

4    alleged constitutional deprivations.

5

6    1.5    Defendants acted within a reasonable standard of care as set forth by

7    law;

8    1.6    Defendants did not breach any duty of care to Plaintiff;

9    1.7    Spokane County Sheriff's Department and Spokane County Jail

10   are not suable entities;

11

12   1.8    If Plaintiff was damaged as alleged, all damages are the proximate

13   result of Plaintiff's own acts or omissions.

14   1.9    Plaintiff would not provide specific consent to release medical

15   information from health care providers.

16   1.10    Plaintiff's request for injunctive relief was rendered moot by his

17   release from jail.

18

19   1.11    Defendant reserves the right to amend this Answer to include such

20   other and further affirmative defenses that may be more fully developed as this

21   case and discovery progresses.

22

23   **ANSWER & AFFIRMATIVE DEFENSES**
     Page 9 of 11

24

**SPOKANE COUNTY**
Prosecuting Attorney
W. 1115 Broadway Avenue
Spokane, WA  99260
(509) 477-5764

**PAGE 44**

1     **WHEREFORE**, Defendant having previously provided their answer to

2 Plaintiff's factual allegations and having set forth affirmative defenses, requests

3 the following relief:

4     1.    That Plaintiff's action be dismissed with Plaintiff taking nothing

5

6 thereby; and

7     2.    For such other and further relief as the court deems just and

8 equitable.

9     DATED this 7th day of April, 2014.

10

11                     STEVEN J. TUCKER
                     Spokane County Prosecuting Attorney

12

13

14                     ROBERT B. BINGER, WSBA #10774
                    Sr. Deputy Prosecuting Attorney
                    Attorneys for Defendants

15

16

17

18

19

20

21

22

23 **ANSWER & AFFIRMATIVE DEFENSES**
   **Page 10 of 11**

24

**SPOKANE COUNTY**
Prosecuting Attorney
W. 1115 Broadway Avenue
Spokane, WA  99260
(509) 477-5764

**PAGE 45**

1

## PROOF OF SERVICE

2        I hereby declare under the penalty of perjury and the laws of the State of

3   Washington that the following statements are true.

4        On the 7th day of April, 2014, I caused to be served a true and correct copy

5   of the foregoing document by the method indicated below, and addressed to the

6   following:

7
        Douglas D. Phelps, Esq.              ___    Personal Service
8       Phelps & Associates, P.S.             ✗     U.S. Mail
        2903 N. Stout Road                    ___    Hand-Delivered
9       Spokane, Washington 99206-4373        ___    Overnight Mail
        (Attorneys for Plaintiff)             ___    Facsimile
10

11        Dated this 7th day of April, 2014, in Spokane, Washington.

12

13                                        _____
                                              Tamara L. Baldwin
14

15

16

17

18

19

20

21

22

23   **ANSWER & AFFIRMATIVE DEFENSES**
     Page 11 of 11                                    SPOKANE COUNTY
24                                                    Prosecuting Attorney
                                                      W. 1115 Broadway Avenue
                                                      Spokane, WA 99260
                                                      (509) 477-5764